UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Nicole S. Smith,

        Plaintiff,

    -against-

Michael J. Astrue, *Commissioner of Social Security*,

        Defendant.
------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 0 2008

08 Civ 2779 (PAC)(FM)
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas Corpus

__X__ **Social Security**

____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

\* Do not check if already referred for general pretrial

SO ORDERED

_____
Paul A. Crotty
United States District Judge

DATED: New York, New York
        March 20, 2008

Copies Mailed By Chambers To:

Ellen Parker Bush
Westchester/Putnam Legal Services
30 South Broadway
6th Floor
Yonkers, NY 10701