ORIGINAL
Castel

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
NICOLE S. SMITH,                 :
                                 :
              Plaintiff,         :
                                 :
          - v. -                 :
                                 :   STIPULATION AND ORDER
MICHAL J. ASTRUE,                :   08 Civ. 2779 (PAC)
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 30, 2008 to and including July 29, 2008.  The reason for the request is

that the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated:  New York, New York
        May 12, 2008

                        LEGAL SERVICES OF THE
                        HUDSON VALLEY INC.

By: _____
ELLEN PARKER BUSH, ESQ.
30 South Broadway, 6th Floor
Yonkers, New York 10701
Telephone No: (914) 376-3757

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-0378
Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

5-14-08