

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

July 23, 2008

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 4 2008**

By Hand

Honorable Paul A. Crotty
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

> Re: <u>Nicole Smith v. Astrue</u>
> 08 Civ. 2779 (PAC)

Dear Judge Crotty:

This Office represents the Commissioner of Social Security, defendant in the above-referenced action. During my review of this case, I encountered several issues that require that I seek additional information from the Agency. Because the Agency's response will impact defendant's response to the complaint, <u>I respectfully an extension of thirty days from July 29, 2008, until August 28, 2008, to answer the complaint.</u>

This is defendant's second request for an extension as the answer was originally due on May 30, 2008. Plaintiff has kindly consented to this request.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _/s/ Leslie A. Ramirez-Fisher_
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Ellen Parker Bush, Esq. (By Fax)

**MEMO ENDORSED** (left and right margins)

[Handwritten annotations:]
→ Future requests should go before Judge Maas

Counsel is reminded that this matter has been referred to Magistrate Judge Maas as of March 20, 2008. Any

SO ORDERED:

_/s/ Paul A. Crotty_
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE   JUL 2 4 2008