UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
NICOLE S. SMITH,                                            :
                                                            :   SCHEDULING ORDER
                   Plaintiff,                               :   IN SOCIAL SECURITY CASE
                                                            :
           -against-                                        :   08 Civ. 2779 (PAC)(FM)
                                                            :
MICHAEL J. ASTRUE,                                          :
Commissioner of Social Security,                            :
                                                            :
                   Defendant.                               :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/5/08

**FRANK MAAS**, United States Magistrate Judge.

A complaint having been filed on March 17, 2008, and an answer having been filed on August 28, 2008, it is hereby ORDERED that:

1. On or before October 20, 2008, defendant shall serve and file a motion for judgment on the pleadings.

2. On or before November 3, 2008, plaintiff shall serve and file papers in opposition.

3. On or before November 17, 2008, defendant shall serve and file a reply, if any.

4. Should plaintiff fail to oppose defendant's motion, this Court may recommend that motion be granted by default.

SO ORDERED.

Dated:   New York, New York
         September 5, 2008

                                              _____
                                              FRANK MAAS
                                              United States Magistrate Judge

Copies to:

Honorable Paul A. Crotty
United States District Judge

Ellen P. Bush, Esq.
Westchester/Putnam Legal Services
30 South Broadway, 6th Floor
Yonkers, New York  10701
Via Facsimile @(914) 376-8739

Leslie A. Ramirez-Fisher, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Via Facsimile @(212) 637-2750